IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AUSTIN ANGELO BARRETT,<br><br>Defendant. | **4:22CR3143**<br><br><br>**ORDER** |

Before the Court is Defendant's Unopposed Motion to Continue Change of Plea Hearing (Doc. 73).

Accordingly,

IT IS ORDERED:

1)      The motion is granted in part and denied in part.

2)      A telephonic conference with counsel will be held before the undersigned magistrate judge at 10:00 a.m. on February 1, 2024 to discuss the date of a change of plea hearing or the jury trial and the deadlines for Rule 16 expert disclosures, or further disclosures under Rules 16(a)(1)(G) and/or 16(b)(1)(C) of the Federal Rules of Criminal Procedure. Counsel for all parties shall use the conferencing instructions provided by the court to participate in the call. Unless the court states otherwise, Defendants are excused from and need not attend this hearing.

Dated this 30th day of January, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge